AO 442 (Rev. 11/11) Arrest Warrant

FID 11651755

DEC 11 2025 AM11:06 FILED - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED USMS ORLANDO 2025 DEC 4 AM9:26

United States of America
v.
ELENA JOSEPHINE FALZONE

*Defendant*

Case No. 6:25-cr- 321-PGB-NWH

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ELENA JOSEPHINE FALZONE, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Drug Trafficking Conspiracy, in violation of 21 U.S.C. § 846
Possession With Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841

Date: 12-03-25

*Issuing officer's signature*

City and state: 

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/4/2025, and the person was arrested on *(date)* 12/10/2025 at *(city and state)* ORLANDO, FL.

Date: 12/11/2025

*Arresting officer's signature*

DUSM WILLIAM C. LAVERDE
*Printed name and title*