# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Plea Hearing - Guilty**

**Case Number: 6:25-cr-321-PGB-NWH**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Government's Counsel:** **Rachel Lyons**

**v.**

**ELENA JOSEPHINE FALZONE**

**Defendant.**

**Defense Counsel:** **Mark Reyes**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland<br>hylandtranscripts@outlook.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | April 28, 2026 | Time: | 1:34 PM – 2:03 PM<br>29 minutes |

Case called. Appearances taken. Defendant sworn.

Defendant proffered a plea of Guilty as to Counts One and Fourteen of the Indictment. The Court accepts the plea and adjudicates the defendant guilty of Counts One and Fourteen of the Indictment.

Sentencing is set for August 19, 2026 at 10:00 AM.

The defendant is to remain in custody pending sentencing.

The Court orders the probation office to prepare a Presentence Investigation Report.

Case is adjourned.