UNITED STATES V. ELENA FALZONE

CASE NO: 6:24-CR-321

# EXHIBIT B

Letter from Debra Alexander
(Ms. Falzone's Mother)

To the Honorable Judge Paul G. Byron:

Imagine you are a ten-year-old girl. You live in a loving and supportive home with parents who love each other and you. You have two sisters. You have just moved from a nice middle-class neighborhood in New Jersey to a nice area in Orlando. You love going to Universal and Disney with your family. You're very smart and have always done well in school. You have been playing sports since you were four years old and you often played three sports at a time because you love to play and are always a star player. You have friends.

You recently found Jesus. When you moved to Orlando, your friend invited you to church. You loved it so much, you got up and dressed on your own every Sunday to go with them to church. Your mom never even believed in God, but because of you she went to church and found Jesus. The two of you were recently baptized together. You volunteer at the kid's ministry in church and are going to Fellowship of Christian Athletes summer camp where you gladly give your testimony of how you found God.

Now fast forward to high school. You are still doing well in school. You made the varsity soccer team as a freshman and the varsity flag football team as a sophomore. You were even the Spectrum Athlete of the Week.

Despite all this, you sometimes have anxiety and feel depressed. You are seeing a therapist. This possibly is due to some bullying you experienced as a younger child when you used to dress in boy's clothes because they felt comfortable.

But now things are wonderful. You have your first girlfriend, and you are very much in love with her. Her friends are now your friends. Your life is going well.

But you don't realize there is a time bomb living inside you. Bipolar disorder lurks in you waiting to activate. This is a disease that can lay dormant for your entire childhood, rearing its ugly head in the late teen or early adult years, normally triggered by severe psychological stress or trauma. And yours is about to happen.

In December of your senior year, your girlfriend suddenly rips your heart out. She drops you, blocks you, and takes all your friends away because they side with her. Your entire teen support system is gone. All you can do is cry, all day and all night for days. The pain is unbearable. You suddenly don't want to live. When you go back to school the following week, you text someone to tell them you aren't going to make it through the day. Immediately, you are taken to the mental hospital. You are scared and confused, and you discover being confined adds a new level of trauma to your life. Worst of all, you don't know what is happening to your body. You feel a rage you have never felt and can't seem to control. Sadness overwhelms you and you can't make it stop.

When you get out of the hospital, it is almost Christmas break, but when you go back to school, your girlfriend purposely flaunts her new girlfriend and says she was cheating on you with this girl when you two were dating. This makes you want to die again. You go to your car and start cutting yourself, but the school finds you and Baker Acts you again. They diagnose you with bipolar disorder and start you on heavy psych meds, but they don't seem to be working because you still feel deep rage and hurt. You are Baker Acted three more times before you turn eighteen.

Your mom is trying to find you a therapist because the one you had (and liked) dropped you because your condition was "too severe" for her to handle. Appointments for new therapists are booking very far out, which is fine because you don't want to go anyway. You know they are going to make you re-live the trauma of your breakup, which will hurt and make you feel like a loser. You eventually get into a program which provides you with a therapist and case manager, but you don't want to really talk to them because it hurts too much. You are happy when covid happens so your therapy sessions are virtual because it is easier to tune them out.

They are trying to get your meds right, but it doesn't seem to be working because you still feel unstable and full of rage. You lash out all the time and sometimes you break things.

In a rash moment of bipolar anger, you texted your therapist a threat against your mom. The therapist brought police to your home to Baker Act you. Your only thought was that you couldn't go back to that place you hated. The police report says you fought the officers, but you don't even remember it because you dissociated.

You needed friends, and the ones you find smoke marijuana a lot. You had smoked some marijuana with your girlfriend, but now you find that enough of it numbs your pain. Even though they have identified a drug that helps your bipolar, it doesn't make you forget your pain and trauma. Your parents don't like your friends, calling them a bad influence. You move out of your parents' home at age eighteen and eventually start experimenting with harder drugs like Molly and Cocaine which are better at numbing the agony of being alive. Your life and your addiction spiral out of control.

Judge Byron, what you've just heard is the story of how my daughter went from being a smart, talented teenager to a hardened drug addict in a few short years.

In addition to what you read, Elena was Baker Acted four additional times after age eighteen (one of which lasted eight days) and Marchman Acted once. She had five recorded overdoses where EMTs responded (two where I found her unresponsive), but Elena said she had thirteen overdoses. Three of those overdoses are documented in the Orange County Sheriff's report on the state case that preceded this federal indictment.

She had four suicide attempts, and her arms and legs still bear scars of her cutting into them. The EMT who responded to the cut on her leg said she almost hit a major artery. She hated being in any hospital because it was "confinement."

She did try rehab in June through September of 2021 in South Florida, and I felt like I had my daughter back. She worked as a hostess at Bahama Breeze. When we went for a visit, her manager sat down with us and told us she was an excellent employee. Unfortunately, she relapsed.

This began a cycle where she would sometimes be sober enough to hold down a job for a while and could maintain her own living situation, but eventually the addiction would catch up with her and she would get fired, then scramble for another job to pay rent. She would sometimes live with friends and after an overdose I would occasionally let her come home for a while because I felt bad for what she went through. While she was home I would routinely drug-test her and she almost always tested positive for either cocaine, Molly, meth, or Benzodiazepines, and always for marijuana because she had a medical card. There were times when I would find her sitting with a spoon held in midair because she was too high to get the food into her mouth or sitting on her bed too out of it to have a conversation. When she was high on certain drugs, she was verbally abusive. She occasionally lost whole days where she remembered nothing from the day before. She went to an addiction doctor who prescribed Suboxone, but she couldn't stay away from drugs, so he dropped her. I have many of those incidents documented.

Elena had a relationship with an abusive girl who overdosed on her bed (but fortunately I found her in time). My husband and I heard many verbal altercations. She had "friends" who beat her and robbed her and left her on the street late at night (One of those incidents was documented in the OCSO report mentioned above).

Before her last Baker Act, I began to suspect she was on Fentanyl or Ketamine because she was often high to the point of being non-functional, but the drug test came out negative because the 14-point tests I had did not test for those drugs. Shortly before she was arrested, an addict friend of hers told me she was taking Fentanyl, but I have no independent proof.

After her last Baker Act in early July 2023 (after an overdose), she reneged on a promise to go to rehab, and I realized allowing her to live with me was enabling her habit, so I filed an Unlawful Detainer with the Orange County Clerk of Court to have her removed permanently from living on my premises. On August 16, 2023, she vacated my premises and moved into the house where she committed the crimes to which she pled guilty.

After her arrest in January 2024, she agreed to enter drug rehab in Delray Beach. Toward the end of the program, she got a job with Steak-n-Shake in Delray Beach, where she was a conscientious and punctual employee. She completed the rehab program and moved into sober living and continued to work. It took a while to find the right fit for her in sober living, and she had just moved into a new place when she was arrested in May 2024. While in sober living she attended twelve-step meetings almost every day.

Elena and I had always spoken almost every day during her addiction and recovery period, and we still talk at least once a day while she has been incarcerated. Since she has been in jail, she has become the young woman that I hoped she would become before the addiction started. She is more mature and centered. Heavy marijuana use had stunted growth of her frontal lobe, but now it has had time to grow. She has reconnected with God. She's not perfect because no one is. But she is trying to be better.

Here is the time where I would beg for clemency, to ask for you to grant my daughter a shorter sentence so she can still have a life when she is released from prison. That is hard to do when there is a family whose child will not have the opportunity to live his life due to actions Elena has taken. But I remind myself that those actions were not intentional, not out of malice, and not out of having a hardened or cruel heart. So, I will ask for clemency.

Nothing can minimize the pain she has caused. She should go to prison. But I beg you to consider that her trauma, addiction, and mental disorder clouded her judgment. She wasn't selling drugs to make money. She was selling them to buy drugs for herself so she could numb her pain and to have a roof over her head.

Why do I believe my daughter will be able to become a productive, sober member of society when her prison term is done? For several reasons. She had already started in that direction during rehab and sober living. Her drug use was perpetuated by a need to dull her immense pain, a pain that was never adequately addressed with therapy. My daughter has told me she never wants to go to prison again once she is released. If she gets the therapy that she needs to face her pain and deal with her trauma, she will not need the drugs. If she gets continued drug treatment, she will learn how to cope without them. And if she has access to religious programs in prison, a strengthened relationship with God will give her someone she can always rely on. She has a strong family and community support system. Despite everything we have been through, she and I are very close.

I ask you to consider this and her history in your sentencing decision.

Thank you.

Debra J. Alexander