UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr-321-PGB-CAB

ELENA JOSEPHINE FALZONE
a/k/a "Pogo"
a/k/a "Pogo Glizzy"

**GOVERNMENT'S WITNESS LIST**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of individuals who will provide victim impact statements during the sentencing hearing on August 19, 2026:

1. Mariah Polanco
2. Felisha Figuroa
3. Ivette Rodriguez
4. Alyssa Figuroa
5. Laura Linares

The United States may also call the following witness to testify during the hearing if necessary to address guidelines objections and estimates said testimony would take approximately 5-10 minutes:

6. Task Force Officer Reshard Mills, Drug Enforcement Administration

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Rachel S. Acosta*
Rachel S. Acosta
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark Reyes
*Attorney for Defendant*

*/s/ Rachel S. Acosta*
Rachel S. Acosta
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov